JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK ANTHONY FIGUEROA, | ) | No. SA CV 14-1892-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARDEN ARNOLD, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 26, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE